### Ex Parte J. H. Brady.

#### No. 30.   Decided October 13, 1909.

**Wild Game—Constitutional Law.**

The Act of the Thirtieth Legislature, p. 278, known as the wild game law, is constitutional. Following Ex parte Blardone, 55 Texas Crim. Rep., 189.

From Jefferson County.

Original application for habeas corpus for release from commitment under a capias of arrest for violating the wild game law.

The opinion states the case.

*B. E. Moore,* for relator.—Cited Ex parte Brown, 38 Texas Crim. Rep., 295; People v. Warden of Prison, 68 Am. Rep., 763; Colon v. Lisk, 60 Am. Rep., 609.

*F. J. McCord,* Assistant Attorney-General, for the State.—Geer v. Conn., 161 U. S., 519; Muel v. People, 198 Ill., 258; State v. Schattuck, 104 N. W. Rep., 719; McConnell v. McKillip, 99 N. W. Rep., 505; People ex rel. Silz v. Henry Hesterberg, Supreme Court New York October term, 1908.

BROOKS, Judge.—This is an original application for writ of habeas corpus involving the constitutionality of the Act of the Thirtieth Legislature, page 278, known as the Wild Game Law. Relator was arrested for offering for sale and selling wild ducks after same had been killed in Texas. This same question was reviewed by the court in Ex parte Blardone, 55 Texas Crim. Rep., 189, 115 S. W. Rep., 838, where we held the law constitutional. We see no reason for changing our decision. Relator is accordingly remanded to custody.

*Remanded to custody.*